UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROBERT T. ANDERSON**,

        Plaintiff,

  v.

**XEROX CORPORATION, a foreign corporation**,

        Defendant.

Case No. 3:14-cv-00532-KI

JUDGMENT

    Glenn Solomon
    1001 SW Fifth Avenue, Suite 1220
    Portland, OR 97204

        Attorney for Plaintiff

    Gordon L. Osaka
    Attorney at Law, P.C.
    1000 SW Broadway, Suite 940
    Portland, OR 97205

Page 1 - JUDGMENT

      Stephen L. Scott
      The Kullman Firm
      600 University Park Place, Suite 340
      Birmingham, AL 35209

           Attorneys for Defendant

KING, Judge:

      Based on the record, this case is dismissed with prejudice

      IT IS SO ORDERED.

      DATED this   21st   day of August, 2014.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge